ELEANORE BAKAL, Appellant, *v.* UNIVERSITY HEIGHTS SANITARIUM, INC., Respondent, et al., Defendants.

Argued May 17, 1951; decided June 1, 1951.

*Ralph Stout, Philip Smith* and *Murray Rafsky* for appellant.
*Joseph J. Brophy* and *Desmond T. Barry* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.